IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ELIEZER CRUZ-APONTE, *et al.*, **Plaintiffs**, v. CARIBBEAN PETROLEUM CORPORATION, *et al.*, **Defendants**. | CIVIL NO. 09-2092 (FAB) |

**JUDGMENT**

In accordance with the Order entered today (Docket No. 1203), plaintiffs' claims in cases number 09-2092, 09-2095, 09-2096, 09-2118, 09-2215, 10-1030, 10-2030 and 10-2036 against defendants Shell Trading U.S. Company, Royal Dutch Shell, Plc and Shell Oil Company are **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, January 28, 2015.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE